## UNITED STATES DISTRICT COURT
### District of Maine

|  |  |  |
|---|---|---|
| | ) | |
| SHANE NOONAN, Individually and as | ) | Docket No. 2:16-cv-00014-JAW |
| Personal Representative of the Estate of | ) | |
| Jeffrey A. Noonan, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| YORK COUNTY, MAURICE OUELLETTE, | ) | |
| JAY BONDAR, STEPHEN KURTZ, | ) | |
| MICHAEL LEARY, COREY WAKEFIELD, | ) | |
| EMILY ANGER, CORRECT CARE | ) | |
| SOLUTIONS, LLC, GEORGE | ) | |
| STOCKWELL, D.O, SARAH MAYNARD, | ) | |
| LVN, and ANGELA TANNER, LVN, | ) | |
| Defendants | ) | |
| | ) | |

### ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS YORK COUNTY, MAURICE OUELLETTE, JAY BONDAR, STEPHEN KURTZ, MICHAEL LEARY, COREY WAKEFIELD, and EMILY ENGER

NOW COME Defendants York County, Maurice Ouellette, Jay Bondar, Stephen Kurtz, Michael Leary, Corey Wakefield, and Emily Enger, through undersigned counsel, and hereby respond to Plaintiff's Complaint as follows:

### AFFIRMATIVE DEFENSES

A.  Plaintiff's Complaint fails to state a cause of action upon which relief may be granted.

B.  These Defendants, in their individual capacities, are entitled to qualified immunity on Plaintiff's claims brought pursuant to 42 U.S.C. § 1983.

C.  Defendants, in their official capacities, are immune from any claims brought under the Maine Tort Claims Act.

D.  Defendants, in their individual capacities, are entitled to immunity from any claims brought under the Maine Tort Claims Act pursuant to the provisions of 14 M.R.S. § 8111.

E.  Any damages sustained by Plaintiff were caused by the acts and/or omissions of an individual and/or entity other than these Defendants.

F.  Plaintiff's damages, if any, were directly and proximately caused by a legally sufficient superseding/intervening cause.

G.  Plaintiff has failed to mitigate his damages as required by law.

H.  Plaintiff's Complaint is barred because Jeffrey Noonan was negligent in an amount equal to or greater than any negligence of these Defendants, and Plaintiff's damages must be reduced by an amount commensurate with Jeffrey Noonan's own negligence.

I.  Plaintiff's Complaint is barred for failure to comply with conditions precedent to the maintenance of this lawsuit, including, without limitation, the notice requirements of 14 M.R.S. § 8107.

J.  Plaintiff's Complaint is barred by the statute of limitations.

<u>ANSWER</u>

<u>Nature of the Case</u>

I.  These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

<u>Jurisdiction and Venue</u>

II.  The allegations contained in this paragraph of Plaintiff's Complaint do not require response.

Parties

1.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

2.  These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

3.  These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

4.  These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

5.  These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

6.  These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

7.  These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

8.  These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.[1]

9.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

_____

[1] The correct spelling of this Defendants' name is Emily Enger.

3

10. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

11. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

12. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

13. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

Facts Common to All Counts

14. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

15. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

16. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

17.   These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

18.   These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

19.   These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

20.   These Defendants deny the allegations contained in this paragraph as it pertains to York County Jail personnel.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph as they relate to Dr. Stockwell and therefore deny same.

21.   These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

22.   These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

23.   These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

24.   These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore

deny same.

25.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

26.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

27.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

28.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

29.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

30.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

31.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

32.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

33.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

34.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

35.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

36.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

37.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

38.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

39.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

40.  These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

41.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

42.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

43.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

44.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

45.  These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

46.  These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

47. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

48. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

49. These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

50. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

51. These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

52. These Defendants admit that Corporal Bondar told officers to keep an eye on Mr. Noonan and Mr. Noonan was observed approximately every ten minutes.

53. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

54. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

55. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

56. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

57. These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

58. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

59. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

60. These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

61. These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

62. These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

63. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

64. These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

65. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

### Count I - 42 U.S.C. § 1983 (County and Corrections Defendants)

66. These Defendants repeat and reassert their responses to Paragraphs 1 through and including 65 of Plaintiff's Complaint as if fully set forth herein.

67. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

68. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

69. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

70. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

71. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

72. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

73. These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

WHEREFORE, these Defendants request that all relief requested by Plaintiff in Count I of his Complaint be denied and that these Defendants be awarded their costs.

11

<u>Count II - Failure to Train and Supervise (County Defendants)</u>

74.   These Defendants repeat and reassert their responses to Paragraphs 1 through and including 73 of Plaintiff's Complaint as if fully set forth herein.

75.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

76.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

77.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

78.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

79.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

80.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

81.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

82.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

83.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

84.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

85.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

WHEREFORE, these Defendants request that all relief requested by Plaintiff in Count II of his Complaint be denied and that these Defendants be awarded their costs.

### Count III - Negligence (County and Corrections Defendants)

86.   These Defendants repeat and reassert their responses to Paragraphs 1 through and including 85 of Plaintiff's Complaint as if fully set forth herein.

87.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

88.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

89.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

90.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

WHEREFORE, these Defendants request that all relief requested by Plaintiff in Count III of his Complaint be denied and that these Defendants be awarded their costs.

### County IV - Wrongful Death - 18-a M.R.S. § 2-804 (CCS Defendants)

91.   These Defendants repeat and reassert their responses to Paragraphs 1 through and including 90 of Plaintiff's Complaint as if fully set forth herein.

92-98.  These allegations do not pertain to these Defendants.  To the extent that these Defendants are required to respond to any of the allegations contained in these paragraphs of Plaintiff's Complaint, these Defendants deny all such allegations.

Count V - Wrongful Death - 18-A M.R.S. § 2-804 (County and Corrections Defendants)

99.   These Defendants repeat and reassert their responses to Paragraphs 1 through and including 98 of Plaintiff's Complaint as if fully set forth herein.

100.   These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

101.   These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

102.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

103.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

104.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

105.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

106.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

107.   These Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

WHEREFORE, these Defendants request that all relief requested by Plaintiff be denied and that these Defendants be awarded their costs.

Dated: March 8, 2016                          /s/ Peter T. Marchesi
                                              Peter T. Marchesi, Esq.


                                               /s/ Cassandra S. Shaffer
                                              Cassandra S. Shaffer, Esq.

                                              Wheeler & Arey, P.A.
                                              Attorneys for Defendants York County,
                                                     Ouellette, Bondar, Kurtz, Leary,
                                                     Wakefield, and Enger
                                              27 Temple Street, P.O. Box 376
                                              Waterville, ME 04903-0376

**UNITED STATES DISTRICT COURT**
**District of Maine**

|  |  |
|---|---|
| SHANE NOONAN, Individually and as Personal Representative of the Estate of Jeffrey A. Noonan, | ) ) ) Docket No. 2:16-cv-00014-JAW ) |

SHANE NOONAN, Individually and as  )
Personal Representative of the Estate of  )   Docket No. 2:16-cv-00014-JAW
Jeffrey A. Noonan,  )
        Plaintiff  )
  )
v.  )
  )
YORK COUNTY, MAURICE OUELLETTE,  )
JAY BONDAR, STEPHEN KURTZ,  )
MICHAEL LEARY, COREY WAKEFIELD,  )
EMILY ANGER, CORRECT CARE  )
SOLUTIONS, LLC, GEORGE  )
STOCKWELL, D.O, SARAH MAYNARD,  )
LVN, and ANGELA TANNER, LVN,  )
        Defendants  )
  )

**CERTIFICATE OF SERVICE**

    I, Peter T. Marchesi, Esq., attorney for the York County Defendants, hereby certify that:

-     Answer and Affirmative Defenses of Defendants York County, Maurice Ouellette, Jay Bondar, Stephen Kurtz, Michael Leary, Corey Wakefield, and Emily Enger

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Celine M. Boyle, Esq.    *cboyle@shaheengordon.com*
    Courtney M. Hart, Esq.    *cmichaelc@shaheengordon.com*

Dated: March 8, 2016         /s/ Peter T. Marchesi
         Peter T. Marchei, Esq.
         Attorney for York County  Defendants
         Wheeler & Arey, P.A.
         27 Temple Street, P.O. Box 376
         Waterville, ME  04903-0376