UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| SHANE NOONAN, Individually and as Personal Representative of the Estate of Jeffrey A. Noonan,<br>               Plaintiff<br><br>v.<br><br>YORK COUNTY, MAURICE OUELLETTE, JAY BONDAR, STEPHEN KURTZ, MICHAEL LEARY, COREY WAKEFIELD, EMILY ANGER, CORRECT CARE SOLUTIONS, LLC, GEORGE STOCKWELL, D.O, SARAH MAYNARD, LVN, and ANGELA TANNER, LVN,<br>               Defendants | Docket No. 2:16-cv-00014-JAW |

### JOINT MOTION FOR ENTRY OF JUDGMENT ON THE MERITS IN FAVOR OF DEFENDANT YORK COUNTY

NOW COME the parties, who jointly move the Court to enter judgment on the merits in favor of Defendant York County.

In support of this motion, the parties state that a comprehensive settlement agreement has been reached in this case, one facet of which is the entry of judgment on the merits in favor of the Defendant York County. This Defendant has agreed not to pursue recovery of costs or attorneys fees.

For the foregoing reasons, the parties jointly request that the Court grant the instant motion and enter judgment on the merits in favor of Defendant York County.

Dated: October 24, 2016                                   /s/ Peter T. Marchesi
                                                                                        Peter T. Marchesi, Esq.
                                                                                        Attorney for York County Defendants
                                                                                         Wheeler & Arey, P.A.
                                                                                         27 Temple Street, P.O. Box 376
                                                                                         Waterville, ME 04903-0376

UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| SHANE NOONAN, Individually and as Personal Representative of the Estate of Jeffrey A. Noonan,<br>　　　　　Plaintiff<br><br>v.<br><br>YORK COUNTY, MAURICE OUELLETTE, JAY BONDAR, STEPHEN KURTZ, MICHAEL LEARY, COREY WAKEFIELD, EMILY ANGER, CORRECT CARE SOLUTIONS, LLC, GEORGE STOCKWELL, D.O, SARAH MAYNARD, LVN, and ANGELA TANNER, LVN,<br>　　　　　Defendants | Docket No. 2:16-cv-00014-JAW |

## CERTIFICATE OF SERVICE

I, Peter T. Marchesi, Esq., attorney for the York County Defendants, hereby certify that:

- Joint Motion for Entry of Judgment on the Merits in Favor of Defendant York County

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

      Celine M. Boyle, Esq.　　*cboyle@shaheengordon.com*
      Courtney M. Hart, Esq.　*cmichaelc@shaheengordon.com*
      Robert Hatch, Esq.　　　*rhatch@thompsonbowie.com*

Dated: October 24, 2016　　　　　　　　　/s/ Peter T. Marchesi
                                                     Peter T. Marchesi, Esq.
                                                     Attorney for York County Defendants
                                                     Wheeler & Arey, P.A.
                                                     27 Temple Street, P.O. Box 376
                                                     Waterville, ME  04903-0376