UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHANE NOONAN, as Personal Representative Of the Estate of JEFFREY NOONAN, <br><br>　　　　　Plaintiff, <br>vs. <br><br>YORK COUNTY, et al., <br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)   Civil No. 2:16-cv-14-JAW<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties and hereby stipulate that the above entitled matter may be dismissed with prejudice, and without cost, interest, or attorney fees to any party of all remaining claims and defendants.

Dated: October 24, 2016                                  /s/  Celine Boyle, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Celine Boyle, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

**SHAHEEN & GORDON, P.A.**
199 Main Street
P.O. Box 1179
Saco, ME, 04072
(207) 282-1527


Dated: October 26, 2016                                  /s/  Robert C. Hatch, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Robert C. Hatch, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Correct Care Defendants

**THOMPSON BOWIE & HATCH LLC**
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112-4630
(207)-774-2500

Dated: November 1, 2016                                        /s/  Peter T. Marchesi, Esq.
                                                                Peter T. Marchesi, Esq.
                                                                Counsel for York County Defendants

**WHEELER & AREY, P.A.**
Twenty-Seven Temple Street
P.O. Box 376
Waterville, Maine 04903-0376

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2016, I electronically filed the Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                */s/Robert C. Hatch*
                                                                Robert C. Hatch, Esq.
                                                                Counsel for Correct Care Defendants

**THOMPSON BOWIE & HATCH LLC**
Three Canal Plaza
P. O. Box 4630
Portland, ME  04112
(207) 774-2500