UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

SHANE NOONAN           )
                       )
v.                     )   CIVIL NO.  2:16-cv-00014-JAW
                       )
YORK COUNTY, et al.    )

J U D G M E N T

In accordance with the Order granting the Joint Motion for Entry of Judgment on the Merits in Favor of Defendant York County entered by the Court on November 1, 2016,

JUDGMENT is hereby entered on the merits for defendant York County, against the plaintiff, Shane Noonan.

Dated this 2nd day of November, 2016.

                                        CHRISTA K. BERRY
                                        CLERK


                               By:   /s/ Susan Way
                                     Deputy Clerk